# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| UGUNMA EGWIM | § | |
| | § | |
| v. | § | Case No. 4:09cv20 |
| | § | (Judge Schneider/Judge Mazzant) |
| INKCREDIBLES, L.L.C. and | § | |
| STEVE GREENE | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On October 15, 2010, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiff's Motion for Default Judgment against Defendants InkCredibles, L.L.C. and Steve Greene (Dkt. #30) should be GRANTED

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Plaintiff's Motion for Default Judgment against Defendants InkCredibles, L.L.C. and Steve Greene (Dkt. #30) is GRANTED.

It is further **ORDERED** that:

(1) Plaintiff shall recover actual damages from Defendants, InkCredibles, L.L.C. and Steve Greene, jointly and severally, in the amount of $152,500, pre-judgment and post-judgment interest as allowed by law;

(2) Plaintiff shall recover her reasonable and necessary attorney's fees in the amount of $6,350.89; and

(3) All taxable costs shall be borne by Defendants.

**IT IS SO ORDERED.**

**SIGNED this 5th day of November, 2010.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE